## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ROSE KATTRICE MOSLEY ) | |
| ) | CASE NO. A08-86054-BEM |
| ) | |
| DEBTOR(S) ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: T & K AUTO SALES
Check Number: 2290298
Check Date: 8/16/2012
Check Amount: $4,393.20

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, September 7, 2012, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

THE SANDBERG LAW FIRM
INTERNATIONAL TOWER-SUITE 705
229 PEACHTREE STREET
ATLANTA, GA  30303

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110